LOUIS KAPLAN, Appellant, v. JOSEPH HOROWITZ and Others, Respondents.

— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint as to first cause of action on payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.